## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS

PROGRESSIVE SPECIALTY INSURANCE  )
CO.,                             )
                                 )
            Plaintiff,           )
                                 )        Case No.  3:23-cv-1371
        v.                       )
                                 )
DATWAY LLC, J.B. HUNT TRANSPORT, )
INC., HIRSCHBACH MOTOR LINES INC.,)
AND ERIC JEROME CAMPBELL, SR.,   )
                                 )

            Defendants.


### JUDGMENT IN A CIVIL CASE

This matter having come before the Court, and the Court having rendered a decision;,

**IT IS ORDERED AND ADJUDGED** that this case is dismissed with prejudice.

**DATED:  April 18, 2024**


                            MONICA A. STUMP, Clerk of Court

                            By:      *s/Tina Gray,*
                                     Deputy Clerk


**APPROVED:** *s/J. Phil Gilbert*
                J. PHIL GILBERT
                U.S. DISTRICT JUDGE